UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NATIONAL ROOFING INDUSTRY PENSION PLAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:07CV6 TIA |
| ) | |
| C. MARTIN ROOFING CO., INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Parties' Joint Motion for Entry of Consent Judgment. The Parties consented to the jurisdiction of the undersigned pursuant to 28 U.S.C. § 636 (c).

Plaintiffs filed their Complaint against Defendant C. Martin Roofing Co., Inc., on January 3, 2007, alleging breach of contract and seeking to collect fringe benefit contributions from Defendant pursuant to §§ 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132 and 1154; and pursuant to § 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185. On December 17, 2007, the Parties filed their Joint Motion for Entry of Consent Judgment, along with a Settlement Agreement asserting that judgment should be entered against Defendant in the amount of $157,759.79 in accordance with the terms set forth therein.

Accordingly,

**IT IS HEREBY ORDERED** that judgment shall be entered against Defendant and in favor of the Plaintiffs in the amount of One Hundred Fifty-Seven Thousand Seven Hundred Fifty-Nine Dollars and Seventy-Nine Cents ($157,759.79), to be paid in accordance with the terms of the "Settlement Agreement and Consent to Entry of Judgment."

**IT IS FURTHER ORDERED** that Defendant shall continue to be liable for interest, calculated at the rate of 18% per annum, on any amount of the principle of said judgment that remains unpaid, until such time as Defendant shall fully satisfy the judgment entered herein.

/s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of December, 2007.